IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ALLEN PETER ROBERTS,<br><br>　　　　　　　　　Defendant. | Case No. 3:97-cr-064-JKS<br><br>PROPOSED<br>ORDER TO RELEASE PFD FUNDS |

　　　Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

　　　The attached funds, in the amount of $1,102.96 be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account 0022-6855XX, as payment toward Defendant's criminal restitution.

　　　IT IS SO ORDERED.


DATED:_____　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JAMES K. SINGLETON
　　　　　　　　　　　　　　　　　　　　　　　　JUDGE U.S. DISTRICT COURT